

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00342-CV

**VILLA DIJON CONDOMINIUM ASSOCIATION, INC.**
and Implicity Management Company,
Appellants

v.

Mary **WINTERS** and Mila Cheatom,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03926
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the memorandum opinion and judgment issued on September 7, 2016 in this case are WITHDRAWN. This court ORDERS that this appeal is REINSTATED on the docket of the court. This court additionally ORDERS that this appeal is DISMISSED. We further ORDER that each party will bear its own costs of this appeal.

SIGNED October 5, 2016.

_____
Jason Pulliam, Justice